UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BONA FIDE DEMOLITION AND RECOVERY, LLC | CIVIL ACTION |
| VERSUS | NO: 07-3115-SSV-SS |
| CROSBY CONSTRUCTION COMPANY OF LOUISIANA, INC., et al | |

### ORDER

JOINT MOTION FOR RECONSIDERATION (Rec. doc. 509)

**DENIED**

On August 4, 2010, the motions of the plaintiff, Bona Fide Demolition and Recovery, LLC ("BFDR"), and the defendants, Stephen Barbuto ("Barbuto") and Weathertight Roofing, Inc. ("Weathertight"), for leave to amend to add Robert W. Fenet, the Fenet Law Firm and Fenet Mortgage Corporation (collectively the "Fenet Group") as parties and assert claims against them were denied. Rec. doc. 507. On August 9, 2010, BFDR, Barbuto and Weathertight filed a motion for reconsideration. Rec. doc. 509.

The deadline for amending pleadings was March 15, 2010. Rec. doc. 414. Pursuant to Fed. R. Civ. P. 16(b), the movers were required to demonstrate good cause to extend this deadline. See S&W Enterprises, L.L.C. v. Southtrust Bank of Alabama, NA, 315 F.3d 533, 536 (5th Cir. 2003). It was determined that they did not do so. It was noted that a continuance was not available. The movers contended that they did not want to delay the December 6, 2010 trial. Rec. docs. 481 at 5 and 489 at 4. In their memorandum in support of their motion to reconsider, the movers state:

If the filing of the proposed amended complaint and third-party claim would require

> a limited extension of discovery and a limited postponement of the trial date, in order to accommodate Mr. Fenet and his counsel, they suggest that this would be preferable to denial of a leave to amend.

Rec. doc. 509 at 7. A Magistrate Judge is without authority to grant a limited postponement of the trial date. Such relief can only be obtained from the District Judge. In the absence of action by the District Judge, a continuance is not available. This is particularly true where the case has been pending for more than the three years and the December 6, 2010 trial date is the third trial setting.

The order of August 4, 2010 provided that:

> The movers contend that: (1) prior to June 10, 2010, Robert Fenet did not disclose his representation of Levernie Crosby, Jr. ("Crosby") and Crosby Construction, LLC ("Crosby Construction") on certain matters; (2) these matters relate to the claim of Barbuto and Weathertight to an ownership interest in Crosby Construction; and (3) documents produced on June 21, 2010 demonstrate that Fenet Mortgage Corporation owned a 49% interest in Crosby Construction. Rec. docs. 481 and 489. Crosby states that the interest was returned to Crosby Construction in October 2006 after Robert Fenet was unsuccessful in procuring a large surety bond for a construction contract. Rec. doc. 500 (Exhibit).

Rec. doc. 507 at 1. In their motion to reconsider, the movers argue that Mr. Crosby's affidavit is wrong. They urge that: (1) there is no evidence to demonstrate that the interest of Fenet Mortgage was terminated in 2006; (2) the documentation contradicts Mr. Crosby's statement that Mr. Fenet's interest was related to securing a bond; (3) the documentation demonstrates that Fenet Mortgage acquired its interest in return for a capital contribution and Mr. Fenet's agreement to provide services to assist Crosby Construction in securing financing; (4) Mr. Fenet had a deep and longstanding relationship with Mr. Crosby; (5) this relationship was not disclosed to BFDR or Barbuto; (6) Mr. Fenet was required to disclose the relationship during his representation of Barbuto in this matter; and (7) key documents were not produced by Mr. Fenet until June 21, 2010.

The August 4, 2010 order acknowledged that movers did not learn of the documents

2

reflecting the interest of Fenet Mortgage in Crosby Construction until June 10, 2010. The movers contend that there is evidence which contradicts Mr. Crosby's affidavit. The Fenet Group, however, cites its tax returns as demonstrating that it did not have an interest in Crosby Construction, LLC in 2007.

The motion to reconsider must be denied even if it is assumed that: (1) there is a material issue fact as to whether the Fenet Group gave up its interest in Crosby Construction in 2006; (2) Mr. Fenet should have disclosed information to Barbuto during his representation of him; and (3) the movers did not discover key documents until this summer. This is a complicated case. More than 40,000 documents have been produced by all parties. Rec. doc. 509 at 3. There is not sufficient time in the current schedule to permit counsel for the Fenet Group to prepare for trial.

IT IS ORDERED that the motion of BFDR, Barbuto and Weathertight for reconsideration (Rec. doc. 509) is DENIED.

New Orleans, Louisiana, this 24th day of August, 2010.

**SALLY SHUSHAN**
**United States Magistrate Judge**