# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BONA FIDE DEMOLITION AND RECOVERY, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO: 07-3115-SSV-SS** |
| **CROSBY CONSTRUCTION COMPANY OF LOUISIANA, INC., et al** | |

### ORDER

BI'S MOTION FOR PROTECTIVE ORDER (Rec. doc. 584)

**GRANTED**

The motion concerns a subpoena duces tecum, dated August 12, 2010. The issuing officer is counsel for the plaintiff, Bona Fide Demolition and Recovery, LLC ("BFDR"). The issuing Court is the United States District Court for the Eastern District of Louisiana. The subpoena is addressed to M&T Bank, One M&T Plaza, Buffalo, New York. It seeks production of documents on September 20, 2010 in New Orleans at the office of counsel for BFDR. It requests all information relating to an account in the name of Baltimore Industries, Inc. ("BI") from August 1, 2005 through the present. Red. doc. 584 (Exhibit A).

Although the subpoena is dated August 12, 2010, counsel for BI did not attempt to contact counsel for BFDR until September 8, 2010. Rec. doc. 584 (L.R. 37.1 Certificate). BFDR filed its motion for a protective order on September 9, 2010. Rec. doc. 584. There is no explanation for the delay between the date of the subpoena and the attempt to contact counsel for BFDR. Because of a religious holiday, counsel for BFDR was not able to respond to counsel for BI's telephone call of September 8, 2010 or e-mail of September 10, 2010. Although counsel communicated after the religious holiday, they were not able to resolve the matter.

BFDR reports that: (1) Geoffrey Harkness of Baltimore is a director of BI and the son-in-law of the defendant, Thomas Karam; (2) he has been deposed three times in this action, most recently on August 25, 2010; (3) he testified that he was given his membership in Capes Investment, LLC ("Capes"), in part, for monies he invested in BI (and other entities) in 2005 and 2006; and (4) Capes was not formed until February 23, 2010.

BI requests that the subpoena be quashed because it was issued by this Court for service on a bank in New York. BFDR does not respond to this argument. Pursuant to Fed. R. Civ. P. 45(a)(2), a subpoena for production of documents must issue from the court for the district where the production or inspection is to be made. The subpoena requests that the documents be produced in New Orleans. A subpoena may be served at any place: (a) within the district of the issuing of the court; (b) outside of that district but within 100 miles of the location specified for the production; and (c) within the state of the issuing court. Fed. R. Civ. P. 45(b)(2). The subpoena was not served in accord with the requirements of Rule 45. The court has no choice but to grant the motion for protective order quashing the subpoena.

IT IS ORDERED that the motion of Baltimore Industries, Inc. for a protective order quashing the subpoena duces tecum to M&T Bank (Rec. doc. 584) is GRANTED.

New Orleans, Louisiana, this 15th day of September, 2010.

                                         **SALLY SHUSHAN**
                                    **United States Magistrate Judge**